UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CHARLES PELCHAT,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD B. IVES,<br><br>    Respondent. | Case No. CV 14-2776-VAP (PJW)<br><br>JUDGMENT |

    For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: *April 26 2014*.

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\PELCHAT, 2776\Judgment.wpd